UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CRIMINAL ACTION:  26-CR-0005-REW

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.

TERRY MELVIN                                                                      DEFENDANT

**SENTENCING MEMORANDUM**

Comes the Defendant, Terry Melvin, by and through the undersigned counsel, and hereby submits the following Sentencing Memorandum.  As everyone is well aware, the sentencing factors are set forth under 18 USC Section 3553(a).

1.      **The nature and circumstances of the offense and the history and characteristics of the Defendant.**  In reviewing the Presentence Investigative Report, the Defendant's **criminal history score is (0)** and he is Category I.

The Defendant's personal history and physical condition is fully and adequately addressed in the presentence report. It is important for counsel to emphasize the many years of service in the United States Military and distinguished awards he received that are referenced in the PSR.  Mr. Melvin was an excellent soldier who carried out the orders of his superiors to a high degree.  This involved active combat and him receiving a traumatic brain injury as well.  He has a number of serious health issues that he deals with on a daily basis.  Mr. Melvin retired from

his work at the Big Sandy Prison approximately 2 years before any of these charges against him were brought.

It is also very important to note the Defendant's age of 60 years with zero criminal history.

**2.      The Court must impose a sentence sufficient, but not greater than necessary, to comply with the purpose sentencing set forth in 18 USC Section 3553(a)(2).**  Obviously, Mr. Melvin made horrible decisions and mistakes that resulted in the current charges.  We are all aware that following Orders is not a defense.  However, Mr. Melvin was trained from a very young age to follow Orders during his military service and he did it well.  Unfortunately, the Orders he was receiving and policies being implemented by his superiors in this matter resulted in him finding himself where he is today.

The presentence report guideline range is 63 to 78 months with a total offense level of 26 after the 3-point reduction for acceptance of responsibility.

Given the Defendant's age, many health conditions, numerous years of sacrifice and service to our country, the Defendant requests the Court sentence him to 12 months and a day. This is a sentence sufficient but not greater than necessary.

**3.      The need for the sentence to deter, protect, and rehabilitate.**  The need to rehabilitate and deter Mr. Melvin from becoming involved in activity of this nature again has already been achieved.  He retired well before this matter began and lived an exemplary life of service to his country for the overwhelming majority of his life.   Mr. Melvin is humiliated and will become a convicted felon at the age of 60.

Mr. Melvin took responsibility for his actions immediately.  Mr. Melvin signed a criminal information and plead at his arraignment.  As a result, he saved the United States valuable resources and expenses.

Furthermore, the lowest period of confinement possible will deter Mr. Melvin, protect the public from him even though he poses no real danger, and save valuable resources of the federal government in a time resources need to be conserved.  Mr. Melvin understands he must be held accountable for his conduct.   Twelve months and a day is a significant prison sentence for an individual with a criminal history score of 0 and a category of I who had a lifetime of service prior to this matter.  Additionally, the humiliation and felon status should not be understated in the impact it has on someone like Mr. Melvin.

4.      **The seriousness of the offense, the need to promote respect for the law, and to provide just punishment.**  Undoubtedly, any criminal offense is serous in and of itself.  This Defendant is asking for a just punishment that would promote respect for the law.  As stated previously, Mr. Melvin has a criminal **history point calculation of (0) and Category of (I)**. The need to promote respect for the law and provide just punishment would be met by his requested sentence mentioned above with the additional factors stated above being considered as well.

5.      **To protect the public from further crimes of the Defendant.**  As the Defendant previously stated, the Defendant poses no threat to the public.  He lived an exemplary life prior to this matter and had already retired well before this matter began.  Mr. Melvin has zero criminal history and he is 60 years of age with many serious health issues.  Twelve months and a day is more than sufficient to protect the public from further crimes of the Defendant.

6.      **To avoid unwarranted sentence disparity.**   Other individuals have been charged with conduct somewhat related to this matter.  One individual went to trial and was convicted.   He received a sentence of 66 months (22-CR-009-03-REW).  Two other individuals plead guilty just before their trial and received 36 months (22-CR-009-01-REW) and 40 months (22-CR-009-02-REW).  The only individual similarly situated to the Defendant in this matter received 12 months and one day (23-CR-018-DCR).  This Defendant plead via information just like Mr. Melvin.

Wherefore, the Defendant Terry Melvin, prays the Court when considering all the aforementioned factors, sentence him to a total of 12 months and a day.

Respectfully submitted,

/s/ Jeremy L. Clark

_____

Jeremy L. Clark
Attorney for Terry Melvin
P.O. Box 532
Catlettsburg, KY 41129
(606) 739-6774
Fax (606) 739-9125

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was electronically mailed to all appropriate parties on said date.

/s/ Jeremy L. Clark

_____

Jeremy L. Clark